November 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### J.M. ARPAD LAMELL, Appellant

NO. 14-14-00175-CV                                        V.

### ONEWEST BANK, FSB, A FOREIGN CORPORATION, Appellee

_____

This cause, an appeal from the judgment signed, January 31, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment with respect to the following claims brought by appellant J.M. Arpad Lamell: declaratory judgment, unlawful tax collection, unlawful levy and illegal lien, wrongful acceleration/foreclosure, violation of Real Estate Settlement Procedures Act, violation of the Texas Fair Debt Collection Practices Act, unjust enrichment, slander of title, mortgage or title fraud, false pretense, civil conspiracy, mail fraud, breach of contract, or any purported claim asserted in Lamell's supplemental petition, supplement to the supplemental petition, or second supplement to the supplemental petition. We therefore order that the portions of the judgment addressing those claims are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**. For good cause, we order that each party shall pay fifty percent of all costs incurred by reason of this appeal. We further order this decision certified below for observance.